**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY A. JONES, JR., <br>         Petitioner, <br>   v. <br> R.C. JOHNSON, <br>         Respondent. | Case No. EDCV 18-0421 DDP (SS) <br><br> **ORDER ACCEPTING FINDINGS,** <br><br> **CONCLUSIONS AND RECOMMENDATIONS** <br><br> **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's "Motion: Objecting to Finding and Recommendation Rule 60(b)" (Dkt. No. 9), which the Court construes as Objections to the Magistrate Judge's Report and Recommendation.[1] After having made a de novo determination of the portions of the Report and Recommendation to

---

[1] Petitioner appears mistakenly to believe that the Magistrate Judge's Report and Recommendation was an "Order" subject to reconsideration under Federal Rule of Civil Procedure 60(b). However, because no final judgment or non-ministerial order had issued in this case before Petitioner filed his "Motion," Rule 60(b) does not apply.

which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 7, 2018

---
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE